# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY C. ENGRUM, JR.

NO. 2026 KW 0383

**JUNE 29, 2026**

---

In Re:    Jeffery C. Engrum, Jr., applying for supervisory writs,
          20th Judicial District Court, Parish of West Feliciana,
          No. 21-WFLN-691.

---

**BEFORE:   STROMBERG, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.** The proper manner to seek review of a ruling denying an application for postconviction relief is by filing a supervisory writ application. See La. Code Crim. P. art. 930.6(A) Thus, this court properly dismissed relator's appeal of the ruling denying his application for postconviction relief. Furthermore, the instant filing, which was submitted more than fourteen days after this court's decision, is untimely for purposes of a rehearing. See La. Code Crim. P. art. 922(A).

                                    **TPS**
                                    **BDE**
                                    **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT